...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LYONS, et al.,

                        Plaintiff(s),

- against -

STATE OF NEW YORK, et al.,

                        Defendant(s).
------------------------------------------------------------x

**ADJOURNMENT ORDER**

15 Civ. 3669 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    The above case previously scheduled for a Pretrial Conference on August 5, 2020 before the United States District Judge Nelson S. Román, is hereby adjourned *sine die* pending resolution of the parties' respective motions for reconsideration.

Dated:    White Plains, New York
               July 31, 2020

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2020