UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYONS, ET AL.

                      **Plaintiffs,**

–against–

STATE OF NEW YORK, ET AL.,

                      **Defendants.**

15 Civ. 3669 (PED)

TRIAL ORDER

      Jury selection in this action will be held on **May 17, 2022, at 9:30 a.m.**

      Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue from day to day from 9:30 a.m. until 5:00 p.m.

      Proposed voir dire and witness lists must be filed by **April 25, 2022.**

      Proposed jury instructions and a proposed verdict form must be filed by **April 25, 2022. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.**

      Any motions *in limine*, as well as any trial memoranda counsel wishes to submit, shall be filed by **April 25, 2022.**

      Responses to motions *in limine* shall be filed by **May 2, 2022.** Any replies are due **May 6, 2022.**

      The aforementioned papers shall be filed via ECF. **Counsel shall simultaneously provide courtesy copies to Chambers.**

      **Counsel shall pre-mark all exhibits. Counsel shall provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial.**

      A telephonic pretrial conference is scheduled for **March 28, 2022, at 9:30 a.m..**

Dated: February 25, 2022
       White Plains, New York

                                                       SO ORDERED

                                                       _____
                                                       PAUL E. DAVISON
                                                       United States Magistrate Judge