UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lyons, et al, <br><br>                               **Plaintiff(s),** <br><br> *- against -* <br><br> State of New York, Divison of Police, et al, <br><br>                               **Defendant(s),** | **ORDER** <br> 7:15-cv-03669-PED |

**PAUL E. DAVISON, U.S.M.J.**

    The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

    ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within One hundred twenty(120) days of the date hereof.

Dated: June 13, 2022
White Plains, New York

SO ORDERED:

_____
Paul E. Davison
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Jun 13, 2022**